[820sch] [MEMO TO ATTORNEY RE: ADDITIONAL CREDITORS]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, Florida 33602−3899

March 26, 2015

CHAS. G. KILCOYNE
Deputy−in−Charge

To:    George Stanford (Junior) Pierce

Case No. 8:15−bk−01765−CPM
Chapter 11

Debtor(s):
George Stanford (Junior) Pierce
aka Stan Pierce
aka Stan Junior Pierce
aka Dr. Stan Pierce, Jr., DC
11850 MLK Street North, Apt. 8309
St. Petersburg, FL 33716

The Court is in receipt of schedules filed on March 25, 2015 for the above−referenced debtor(s). These schedules reflect additional creditors that were not previously included on the list of creditors/mailing matrix furnished with the petition. Therefore, the additional creditors did not receive notice of the commencement of this bankruptcy.

Pursuant to 28 U.S.C. 1930(b) a $30.00 filing fee is required for amendments to the Debtor's lists of creditors. You are directed to pay the $30.00 filing fee within fourteen (14) days and provide a copy of this memo with payment to the Clerk. Electronic filers are directed to contact the ECF Help Desk for payment instructions.

By direction of this letter, you are required to serve a copy of the notice of commencement of case and meeting of creditors upon the affected creditors. You are further directed to provide this court with a proof of service and attach a copy of the notice to the proof of service. Keep in mind that if a creditor does not receive notice of the pendency of the bankruptcy case, the dischargeability of the debt may be affected.